UNITED STATES DISTRICT COURT
WESTERN DISTRICT COURT
AT LOUISVILLE
*ELECTRONICALLY FILED*

| | | |
|---|---|---|
| TAMIKA PEARSON, as next friend ) | | |
| of S.P., a minor ) | | |
| *Plaintiff* ) | | |
| vs. ) | No. 3:15-cv-671-DJH | |
| ) | | |
| LOUISVILLE-JEFFERSON COUNTY ) | | |
| METRO GOVERNMENT, ) | | |
| ) | | |
| JEFFERSON COUNTY BOARD OF EDUCATION, ) | | |
| ) | | |
| and ) | | |
| ) | | |
| JONATHAN HARDIN ) | | |
| *Defendants* ) | | |

## AGREED ORDER OF DISMISSAL

By agreement of the Plaintiff and Defendants, by counsel, and the Court being otherwise duly and sufficiently advised,

**IT IS HEREBY ORDERED AND ADJUDGED**, that this action be and is hereby, **DISMISSED WITH PREJUDICE**, each party to pay his, her or its own attorney's fees and costs.

This is a final Order.

SEEN AND AGREED TO:

*/s/ David N. Ward*_____
Hon. David N. Ward
Clay Daniel Walton & Adams, PLC
462 South Fourth Street, Suite 101
Louisville, Kentucky 40202
*Counsel for Plaintiff*

*/s/ Chauncey R. Hiestand (w/ permission DNW)*
Hon. Chauncey R. Hiestand
Hon. Patricia Morris
Winton & Hiestand Law Group, PLLC
1177 East Broadway
Louisville, Kentucky 40204
*Co-Counsel for Plaintiff*


*/s/ Kent Wicker (w/ permission DNW)*
Hon. Kent Wicker
Hon. William H. Brammell, Jr.
Dressman Benzinger LaVelle PSC
2100 Waterfront Plaza
321 West Main Street
Louisville, Kentucky 40202
*Counsel for Defendant Jonathan Hardin*

*/s/ B. Frank Radmacher (w/ permission DNW)*
Hon. B. Frank Radmacher
Assistant Jefferson County Attorney
531 Court Place, Suite 900
Louisville, Kentucky 40202
*Counsel for Defendant Louisville Metro*

*/s/ Lisa DeJaco (w/ permission DNW)*
Hon. Byron E. Leet
Hon. Lisa DeJaco
Wyatt, Tarrant & Combs, LLP
500 West Jefferson Street, Suite 2800
Louisville, Kentucky 40202-2898
*Counsel for the Jefferson County Board of Education*